**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No: 26-20137-BCL** |
| | ) | |
| **BRADY WALTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

Before the Court is the Report and Recommendation of the United States Magistrate Judge entered on August 4, 2026, recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count 1 of the indictment; (2) accept Defendant's guilty plea to Count 1 of the indictment; and (3) adjudicate Defendant guilty of knowing possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1). Doc. 39.

Pursuant to 28 U.S.C. § 636(b), and Defendant's consent as well as that of the Government, Doc. 35, the Magistrate Judge conducted a hearing in accordance with Rule 11 of the Federal Rules of Criminal Procedure and determined that Defendant knowingly, voluntarily, and intelligently entered a plea of guilty and that a factual basis exists for the plea. The Magistrate Judge therefore recommended that the plea be accepted.

The time for filing objections has expired, and no objections have been filed. The Court has reviewed the Report and Recommendation, the transcript of the plea hearing, and the entire record. The Court finds that Defendant's plea was knowingly, intelligently, and voluntarily made, that Defendant understood the nature of the charge and the consequences of the plea, and that there is an adequate factual basis supporting the plea.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety. Defendant's guilty plea is **ACCEPTED**, and Defendant is adjudged guilty of Count One of the Indictment.

Sentencing has been set for **11/19/2026** at **10:00 AM** in Courtroom 3.

**IT IS SO ORDERED**, this 19th day of August, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE